1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JAMES LEE ABBOTT, JR.,                    No.  2:16-cv-1525-EFB

12                  Petitioner,

13        v.                                    ORDER

14   JOR LIZARRAGA, et al.,

15                  Respondents.

16

17        Petitioner, a state prisoner proceeding pro se and in forma pauperis, has filed an

18   application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  His application attacks a

19   conviction issued by the Riverside County Superior Court.  While both this court and the United

20   States District Court in the district where petitioner was convicted have jurisdiction, *see Braden v.*

21   *30th Judicial Circuit Court*, 410 U.S. 484 (1973), any and all witnesses and evidence necessary

22   for the resolution of petitioner's application are more readily available in Riverside County.  *Id.* at

23   499 n.15; 28 U.S.C. § 2241(d).

24        Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is

25   transferred to the United States District Court for the Central District of California.

26   DATED:  July 11, 2016.

27                                    _____

28                                    EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE